UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Chosen Figure LLC,

                Plaintiff(s),                      20-cv-4831 (LAK)

  v.

Smiley Miley, Inc.,

                Defendant(s).
------------------------------x

                              ORDER

KAPLAN, District Judge.

        The initial pretrial teleconference scheduled for Tuesday, 8/4/2020 is adjourned until Friday, 8/7/2020 at 10:00 AM.  The teleconference can be reached by calling 888-363-4749 and using access code 7664205.

Dated: August 3, 2020

                                                  /s/
                                       Lewis A. Kaplan
                                  United States District Judge