UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHOSEN FIGURE LLC,

                                    Plaintiff,                          Docket No. 1:20-cv-04831-LAK

        - against -

SMILEY MILEY, INC; MILEY CYRUS

                                    Defendants.

## DECLARATION OF RICHARD LIEBOWITZ, ESQ.

I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1.      I serve as lead counsel for Plaintiff Chosen Figure LLC ("Plaintiff") in this action and respectfully submit this declaration in response to the Court's order, dated July 30, 2020.

2.      On February 28, 2019, Plaintiff, via its principal Josiah Kamau, signed a retainer agreement with Liebowitz Law Firm, PLLC, ("LLF") in which Plaintiff authorized LLF to file copyright infringement lawsuits on his behalf.  Attached as Exhibit A is a true and copy of the signature page from the retainer agreement.

3.      On June 23, 2020, I filed this action on Plaintiff's behalf. Attached as Exhibit B is true and correct copy of an e-mail from LLF to Plaintiff, dated June 23, 2020, at 11:35 p.m. advising Plaintiff's representative that suit had been filed.

4.      Plaintiff authorized LLF to settle the lawsuit. My authority is confirmed by the declaration of Plaintiff's principal, Josiah Kamau, submitted concurrently herewith.

5.      Based on the foregoing, I respectfully request that the Court grant a thirty-day discontinuance of the action so as to allow the parties to memorialize their settlement.

Dated: August 6, 2020

Valley Stream, NY

**/s/richardliebowitz/**

RICHARD LIEBOWITZ