# EXHIBIT A

10. EFFECTIVE DATE. The effective date of this Agreement shall be the date upon which You execute it.

11. COPY OF AGREEMENT. You acknowledge that You have received a copy of this Agreement.

## SIGNATURE PAGE

LIEBOWITZ LAW FIRM, PLLC

*Richard Liebowitz*
_____

Richard P. Liebowitz, Esq.                          Date

THE FOREGOING IS AGREED TO:

Client Name: _____Josiah Kamau_____

Client Company (if any): _____

Address: _____510 W 150th st apt 6A_____

Phone: _____4049661899_____

Email: _____iiphoto@yahoo.com_____

_____                    02/28/2019
                                            _____

Client Signature                                   Date

4