# EXHIBIT B

From: **Richard Liebowitz** <RL@liebowitzlawfirm.com>

Date: Tue, Jun 23, 2020 at 11:35 PM

Subject: Copyright Update

To: <iiphoto@yahoo.com>

Cc: Luke Kuller <lk@liebowitzlawfirm.com>

Hi Josiah,

Hope you are well. Today I filed your case against Miley Cyrus. It was put under your company name. I should hear from their lawyers soon. I will keep you posted.

Thank you.

Best,

Richard Liebowitz

Liebowitz Law Firm, PLLC

516-233-1660

www.LiebowitzLawFirm.com