UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------------------- x
CHOSEN FIGURE LLC,  :
                          Plaintiff,  :
            - against -  :
SMILEY MILEY, INC. and MILEY CYRUS,  :
                         Defendants.  :
---------------------------------------------------------------------------- x

No. 1:20-cv-04831-LAK

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the deadline for Defendants to answer, move, or otherwise respond to the Complaint in this action is extended to September 15, 2020.  The parties request this extension to accommodate the Court's request for additional information from Plaintiff in connection with the settlement of this action.  The parties previously requested an extension of the deadline for Defendants to answer, move, or otherwise respond to the Complaint in this action from July 16, 2020 to August 15, 2020, which the Court granted.  All parties consent to this request.

Dated: August 14, 2020

| LIEBOWITZ LAW FIRM, PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| */s/ Richard P. Liebowitz* | */s/ James Rosenfeld* |
| Richard P. Liebowitz | James Rosenfeld |
| 11 Sunrise Plaza, Suite 305 | 1251 Avenue of the Americas, 21st Floor |
| Valley Stream, NY 11580 | New York, NY 10020 |
| Tel: (516) 233-1660 | Tel: (212) 603-6455 |
| RL@LiebowitzLaawFirm.com | jamesrosenfeld@dwt.com |
| *Attorneys for Plaintiff Chosen Figure LLC* | *Attorneys for Defendants Smiley Miley, Inc. and Miley Cyrus* |

SO ORDERED

_____
Honorable Lewis A. Kaplan
U.S. District Judge