# EXHIBIT A

 Luke Kuller <lk@liebowitzlawfirm.com>

# Miley Cyrus Possible Infringment

**Tatiana Kevych** <tianakevych@gmail.com>  Mon, Mar 16, 2020 at 5:07 PM
To: casereview@liebowitzlawfirm.com
Cc: Luke Kuller <lk@liebowitzlawfirm.com>

**5 attachments**


**Screenshot_20200316-155613_Instagram.jpg**
656K


**2.12.20_MileyCyrus (1).jpg**
3656K


**DSC_1819.JPG**
10993K

📄 **New Possible Infringement (MileyCyrus).txt**
2K

📄 **New Possible Infringement (Miley Cyrus).docx**
8K