# EXHIBIT B



Luke Kuller <lk@liebowitzlawfirm.com>

## Re: Miley Cyrus Possible Infringment

**Tatiana Kevych** <tianakevych@gmail.com>  Tue, Mar 17, 2020 at 11:08 AM
To: Luke Kuller <lk@liebowitzlawfirm.com>

Hello Luke. Great, thank you.

On Tue, Mar 17, 2020, 10:43 AM Luke Kuller <lk@liebowitzlawfirm.com> wrote:
> Hey Tatiana,
>
> Thanks for sending this over, I just documented the case!
>
> On Mon, Mar 16, 2020 at 5:07 PM Tatiana Kevych <tianakevych@gmail.com> wrote:
>
>
> --
> Best,
>
> Luke Kuller, Research Analyst
> Liebowitz Law Firm, PLLC
> (800) 778-1660
>
> This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.