# EXHIBIT C

From: **Josiah** <iiphoto@yahoo.com>

Date: Wed, Feb 12, 2020 at 8:05 PM

Subject: Re: Possible Infringements

To: cm@liebowitzlawfirm.com <cm@liebowitzlawfirm.com>


Thanks.

I have my girlfriend helping me with photos. Could you add her to all email that we exchange. I'm too busy to check my email lol. Her email is tianakevych@gmail.com.