# EXHIBIT D

From: **Luke Kuller** <lk@liebowitzlawfirm.com>
Date: Thu, Mar 19, 2020 at 4:06 PM
Subject: Re: Approval for Miley Cyrus infringement
To: iiphoto@yahoo.com <iiphoto@yahoo.com>

Hey Josiah,

You don't need to do anything for the Miley Cyrus case because you sent us that, so it already had your approval. The case that is pending your approval or disapproval pertains to the company named, Young, Black, and Fabulous, L.L.C. Let me know if you have an email in regards to that case.

On Thu, Mar 19, 2020 at 3:55 PM Josiah <iiphoto@yahoo.com> wrote:
> Hello Luke.
> Tatiana have told me that I need to approve the Miley Cyrus infringement from automated email after it was documented but I haven't received any. Checked the spam folder as well.
>
> Sent from Yahoo Mail on Android

--

Best,

Luke Kuller, Research Analyst
Liebowitz Law Firm, PLLC
(800) 778-1660

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

--