UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------------- x
CHOSEN FIGURE LLC,                              :
                                                :    No. 1:20-cv-04831-LAK
               Plaintiff,                  :
                                                :
   - against -                                 :    **STIPULATION**
                                                :
SMILEY MILEY, INC. and MILEY CYRUS,             :
                                                :
               Defendants.                 :
---------------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the deadline for Defendants to answer, move, or otherwise respond to the Complaint in this action is extended to September 22, 2020. The parties request this extension to allow time for the parties to execute the settlement agreement. The parties previously made two requests for extensions of the deadline for Defendants to answer, move, or otherwise respond to the Complaint in this action. The first requested an extension of the deadline from July 16, 2020 to August 15, 2020, and the second requested an extension of the deadline from August 15, 2020 to September 15, 2020. The Court granted both requests. All parties consent to this request.

2

Dated: September 15, 2020

| | |
|---|---|
| LIEBOWITZ LAW FIRM, PLLC | DAVIS WRIGHT TREMAINE LLP |
| */s/ Richard P. Liebowitz* | */s/ James Rosenfeld* |
| Richard P. Liebowitz | James Rosenfeld |
| 11 Sunrise Plaza, Suite 305 | 1251 Avenue of the Americas, 21st Floor |
| Valley Stream, NY 11580 | New York, NY 10020 |
| Tel: (516) 233-1660 | Tel: (212) 603-6455 |
| RL@LiebowitzLaawFirm.com | jamesrosenfeld@dwt.com |
| *Attorneys for Plaintiff Chosen Figure LLC* | *Attorneys for Defendants Smiley Miley, Inc. and Miley Cyrus* |

SO ORDERED

/s/ Lewis A. Kaplan

Honorable Lewis A. Kaplan
U.S. District Judge

Dated: September 16, 2020