UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------------------------- x
CHOSEN FIGURE LLC,   :
  :
        Plaintiff,   :
  :   No. 1:20-cv-04831-LAK
     - against -   :
  :   **<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**
SMILEY MILEY, INC. and MILEY CYRUS,   :
  :
        Defendants.   :
  :
------------------------------------------------------------------------------- x

      IT IS HEREBY NOTICED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Chosen Figure LLC dismisses with prejudice all claims asserted against Defendants Smiley Miley, Inc. and Miley Cyrus in the above-captioned action. Each party shall bear its or her own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 21, 2020

                                       LIEBOWITZ LAW FIRM, PLLC

                                       By: /s/Richard Liebowitz
                                              Richard P. Liebowitz
                                       11 Sunrise Plaza, Suite 305
                                       Valley Stream, NY 11580
                                       (516) 233-1660
                                       RL@LiebowitzLawFirm.com

                                       *Attorney for Plaintiff*